UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CASCADE 553 LLC, EMPIRE ID CONSTRUCTION
CORP., and ISAC DEUTSCH,

Docket No.:

                             Plaintiffs,

        -against –

VESCOM SYSTEMS, LLC and TB ENGINEERED
DESIGNS, LLC,

                            Defendants.

-------------------------------------------------------------------X

**PETITION FOR REMOVAL
OF ACTION UNDER 28 U.S.C.
§1446(a) DIVERSITY**

**TO THE CLERK OF THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**:

      **PLEASE TAKE NOTICE** that Defendant, TB ENGINEERED DESIGNS, LLC ("TB")

(VESCOM SYSTEMS, LLC *is not a New York Entity)*, hereby submits this Petition for Removal,

with full reservation of all defenses, from the Supreme Court of the State of New York, County of

Kings, to the United States District Court, EASTERN DISTRICT of New York in accordance with

28 U.S.C. §1446 and respectfully represents as follows:

**PLAINTIFF'S COMPLAINT AND NATURE OF THE ACTION**

      1.     On May 26, 2021, this action was filed with the Court against TB ENGINEERED

DESIGNS, LLC, in the Supreme Court of the State of New York, County of Kings, Index Number

512662/2021.  Pursuant to 28 U.S.C. §1446(a), copy of the Summons/Complaint is annexed hereto

as **Exhibit "A."**

      2.     In the Complaint, the plaintiffs allege breach of various construction agreements from

a project which occurred on February 19, 2015 at 859 Myrtle Avenue, Brooklyn New York.  **Exhibit**

**"A."**

      3.     TB was personally served on June 15, 2021.  **Exhibit "B"**.

4825-2473-9826.1

## DIVERSITY JURISDICTION IS PROPER

4.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1332. The Complaint alleges a matter in controversy, which, if liability is established, is reasonably probable to exceed the sum or value of $75,000, exclusive of interest and costs and complete diversity of citizenship exists between the plaintiff and TB.

## DIVERSITY EXISTS

5.      TB seeks removal of this action pursuant to 28 U.S.C. §1446 and Local Civil Rule 81.1, which permits removal of causes of action based upon diversity of citizenship of the parties.

6.      At the time that this was filed, TB, was and still is a corporation organized and existing under the laws of the State of Maryland and having its principal place of business in Maryland.

7.      Pursuant to 28 U.S.C. section 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business."  For the purposes of federal diversity jurisdiction, based upon the above, TB is not a citizen of the State of New York.

8.      The plaintiffs, in the Complaint, allege to be a citizens of the State of New York with a residence in the County of Kings, New York.  **Exhibit "A."**

9.      There is complete diversity of citizenship between the parties to this action.

10.      Therefore, this action may be removed to this Court pursuant to 28 U.S.C. §1441.

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

11.      As discussed above, plaintiff seeks recovery for an amount in excess of $75,000, exclusive of interest and costs.

12.      Further, plaintiffs' Verified Complaint stated the amount of damages that the plaintiff has incurred a loss of $500,000 in remedial work, another $700,000 in reinstalling concrete, paying

4825-2473-9826.1

approximately $250,000 more to complete construction than was originally contemplated. **Exhibit "A".** The plaintiffs allege additional costs and interest, and the allege that the total damages exceed $4,000,000. **Exhibit "A"**.

13.    Thus, as the plaintiff seeks recovery in damages in excess of $75,000 exclusive of interest and costs, the amount of controversy requirement is satisfied.

## REMOVAL IS TIMELY

14.    Pursuant to 28 U.S.C. §1446(b), which provides that a Notice of Removal shall be filed within thirty (30) days after receipt by defendant, by service or otherwise, of the initial pleading or of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, this Petition for Removal is timely filed and 28 U.S.C. §1446(c), which provides that a case may not be removed under subsection (b)(3) on the basis of jurisdiction conferred by section 1332 more than 1 year after commencement of the action, unless the district court finds that the plaintiff has acted in bad faith in order to prevent a defendant from removing the action.

15.    TB was served on June 15, 2021, as this removal has been filed within 30 days of the date of service, it is timely. Further, the action commenced on May 26, 2021 and as one (1) year has not yet elapsed, the removal is timely.

## NOTICE

16.    Pursuant to 28 U.S.C. §1446, a copy of this Notice of Removal is being filed with the Supreme Court of the State of New York, County of Kings.

## VENUE IS PROPER

17.    The United States District Court for the EASTERN DISTRICT of New York includes the county in which the state court action was pending (Kings) and thus, pursuant to 28 U.S.C. §124(b)(2), venue is proper.

4825-2473-9826.1

## RESERVATION OF DEFENSES AND RIGHTS

18.     TB reserves all defenses, including, without limitation, the defense of lack of personal jurisdiction.

19.     TB reserves the right to amend or supplement this Petition for Removal.

20.     If any question arises as to the propriety of the removal of this action, TB respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

**THEREFORE**, all parties to the Civil Action pending in the Supreme Court of the State of New York, County of Kings, Index No. 512662/2021 are HEREBY NOTIFIED pursuant to 28 U.S.C. §1446 and Local Civil Rule 81.1, as follows:

Removal of the Civil Action and all claims and causes of action therein is effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Court pursuant to 28 U.S.C. §1446.  The Civil Action is removed from the State Court to the United States District Court, EASTERN DISTRICT of New York. The parties to the Civil Action shall proceed no further in the State Court.

WHEREFORE, Defendant HOME DEPOT U.S.A., INC., pray that this cause of action now pending in the Supreme Court of the State of New York, County of Kings, be removed to the United States District Court, EASTERN DISTRICT of New York.

Dated: New York, New York
       July 15, 2021

4825-2473-9826.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

*David Pollack*

By: _____

David A. Pollack (DP6143)
*Attorneys for Defendant*
*TB ENGINEERED DESIGNS, LLC (VESCOM*
*SYSTEMS, LLC is not a New York entity)*
77 Water Street - Suite 2100
New York, New York 10005
212.232.1300
David.Pollack@lewisbrisbois.com

TO:

Jon Schuyler Brooks, Esq.
FREEBORN & PETERS LLP
*Attorneys for Plaintiffs*
1155 Avenue of the Americas, 26th Floor
New York, NY 10036
212.218.8760
jbrooks@freeborn.com

4825-2473-9826.1