SUPREME COURT OF THE STATE OF NEW YORK; COUNTY OF KINGS,

Plaintiff / Petitioner:

CASCADE 553 LLC; EMPIRE ID CONSTRUCTION CORP., AND ISAC DEUTSCH

Defendant / Respondent:

VESCOM SYSTEMS, LLC AND TB ENGINEERED DESIGNS, LLC

**AFFIDAVIT OF SERVICE**

Index No:
512662/2021

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 40 RIDGE AVENUE, EDGEWATER, MD 21037 . That on Tue, Jun 15 2021 AT 07:19 PM AT 316 FAIRHAVEN, TRACYS LANDING, MD 20779 deponent served the within SUMMONS; VERIFIED COMPLAINT; EXHIBIT 1-3 on TB ENGINEERED DESIGNS, LLC

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____ , a person authorized to accept service.

☒ **Business:** By serving the above on TB ENGINEERED DESIGNS, LLC by delivering a true copy thereof to Brian Bramel , , a person authorized to accept service.

☐ **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.

☐ **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of MD, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of MD, or of the United States as that term is defined in either the State or in the Federal statutes.

Additional Comments:
1) Successful Attempt: Jun 15, 2021, 7:19 pm EDT at 316 FAIRHAVEN, TRACYS LANDING, MD 20779 received by Brian Bramel .
Served upon party authorized to accept.

Description:

| | | | |
|---|---|---|---|
| Age: 65 | Skin Color: Caucasian | Gender: Male | Weight: 220 |
| Height: 6'0" | Hair: Salt/Pepper | | Relationship: Registered Agent |

Other   Stated he is authorized to accept.

Sworn to before me on   June 18, 2021

JAMES CHARTRAND

Notary Public

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022