

JON SCHUYLER BROOKS
Partner

Freeborn & Peters LLP
*Attorneys at Law*
1155 Avenue of the Americas
Floor 26
New York, NY 10036

(646) 993-4456 direct
(212) 218-8761 fax

jbrooks@freeborn.com

**www.freeborn.com**

August 9, 2021

**Via ECF**

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** *Cascade 553 LLC, et al. v. Vescom Systems, LLC, et al*, **1:21-cv-04004-FB-CLP**

Dear Judge Block:

   This firm represents all plaintiffs in the referenced matter. We write pursuant to Rule 2.A of Your Individual Motion Practices and Rules as plaintiffs seek to file a motion to remand. Plaintiffs respectfully contend that no conference is required and request an expedited briefing schedule in light of the impending deadline imposed by 28 U.S.C. § 1447(c) to file the motion on or before August 16, 2021.

   Remand is required for either of two independent reasons. First, this Court lacks subject matter jurisdiction given the lack of complete diversity between the parties. Plaintiffs are citizens of New York. So, too, are the members of (non-removing) defendant Vescom Systems, LLC ("Vescom"). (As a limited liability company, Vescom's citizenship for purposes of diversity jurisdiction is determined by the citizenship of each and all of its members.) The removing party, defendant TB Engineered Designs, LLC ("TBED"), failed to address the fundamental issue of the citizenship of Vescom's members in its Amended Removal Petition. Instead, TBED states only (and incorrectly) that Vescom is not a New York entity; in fact, as confirmed by the published records of the New York State Department of State, Vescom is a domestic (i.e., New York) limited liability company.

   Second, Vescom has neither joined TBED's Amended Removal Petition nor consented to removal. Consequently, the rule of unanimity has not been satisfied.

   Accordingly, for either or both of those reasons, remand is required. Plaintiffs, therefore, respectfully request an expedited briefing schedule, with permission to serve the motion on or before August 16, 2021.

August 9, 2021
Page 2

Very truly yours,

*Jon Schuyler Brooks*

Jon Schuyler Brooks

JSB:

cc:

David A. Pollack
Lewis Brisbois Brisgaard & Smith LLP
77 Water Street - Suite 2100
New York, NY 10005
*Attorneys for Defendant TB Engineered Designs, LLC*