UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CASCADE 553 LLC, EMPIRE ID
CONSTRUCTION CORP., and
ISAC DEUTSCH,

      1:21-CV-4004-FB-CLP

           Plaintiffs,

      **<u>STIPULATION TO ADJOURN</u>**

      v.

VESCOM SYSTEMS, LLC and TB
ENGINEERED DESIGNS, LLC,

          Defendants.
-------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

that the Initial Conference scheduled for September 30, 2021 at 10:15 a.m. be adjourned until

after the pre-motion conference set for October 8, 2021, or as soon as the Court renders an Order

resolving the pending motion to remand the action.

Dated: September 29, 2021
     New York, New York

<u>/s/ Jon Brooks</u>
Jon S. Brooks
Katie L. Schwartz
FREEBORN & PETERS LLP
1155 Avenue of the Americas
26th Floor
New York, New York 10036
(212) 218-8760
jbrooks@freeborn.com
kschwartz@freeborn.com

*Attorneys for Plaintiffs*

<u>/s/ James Cardenas</u>
David A. Pollack
James A. Cardenas
LEWIS BRISBOIS BISGAARD
& SMITH LLP
77 Water Street – Suite 2100
New York, New York 10005
(212) 232-1300
<u>david.pollack@lewisbrisbois.com</u>
james.cardenas@lewisbrisbois.com

*Attorneys for TB Engineered Designs, LLC*

SO ORDERED: _____